Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY JAMES BOUYER

ALEX CRAIGIE, Bar No. 167766
**ARENA HOFFMAN LLP**
220 Montgomery Street, Suite 905
San Francisco, CA 94104
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email: acraigie@arenahoffman.com

Attorneys for Defendant AUTOZONE
WEST LLC erroneously sued as
AUTOZONE, INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-07543-GW-RAO<br><br>Hon. George H. Wu<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  August 19, 2020<br>Trial Date:  None Set |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, ANTHONY BOUYER, and Defendant, AUTOZONE, INC., (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: October 26, 2020            **MANNING LAW, APC**

                                   By:   */s/ Joseph R. Manning, Jr. Esq.*
                                         Joseph R. Manning, Jr., Esq.
                                         Attorneys for Plaintiff,
                                         Anthony Bouyer

Dated: October 26, 2020            **ARENA HOFFMAN LLP**

                                   By:   */s/ Alex Craigie*
                                         Alex Craigie
                                         Attorney for Defendant,
                                         AUTOZONE WEST LLC

### CERTIFICATE OF SERVICE

I certify that on October 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                   Respectfully submitted,

Dated: October 26, 2020            **MANNING LAW, APC**

                                   By:   */s/ Joseph R. Manning, Jr. Esq.*
                                         Joseph R. Manning, Jr., Esq.
                                         Attorneys for Plaintiff
                                         Anthony Bouyer