Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
ANTHONY BOUYER

Alex Craigie (SBN 167766)
**ARENA HOFFMAN LLP**
220 Montgomery Street, Suite 905
San Francisco CA 94104
Tel: 415.433.1414/ Fax: 415.520.0446
Email: acraigie@arenahoffman.com

Attorney for Defendant AUTOZONE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-07543-GW-RAO<br><br>Hon.  George H. Wu<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 19, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff  ANTHONY BOUYER ("Plaintiff") and AUTOZONE, INC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 18, 2020      **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
        Joseph R. Manning, Jr.
        Attorney for Plaintiff
        Anthony Bouyer

**ARENA HOFFMAN LLP**

DATED: December 18, 2020

By: /s/ *Alex Craigie*
        Alex Craigie
        Attorneys for Defendant
        Autozone, Inc.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 18, 2020            By: /s/ *Joseph R. Manning, Jr.*

1