UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 20-7543-GW-RAOx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") Autozone, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 21, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE